In the Matter of the Application of JAMES KANE, Appellant, for a Peremptory Writ of Mandamus against WILLIAM J. GAYNOR, as Mayor of the City of New York, Respondent.

*Matter of Kane* v. *Gaynor*, 144 App. Div. 196, affirmed.
(Argued May 31, 1911; decided June 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1911, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus

to compel defendant to appoint the petitioner to the office of commissioner of elections of the city of New York.

*Charles H. Kelby* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Louis H. Hahlo* of counsel), for respondent.

Order affirmed, with costs, on opinion of BURR, J., below.

Concur: GRAY, HAIGHT, WERNER, CHASE and COLLIN, JJ.; CULLEN, Ch. J., and WILLARD BARTLETT, J., concur in result.